## POLK'S LESSEE v. MINNER.

Supreme Court.  Sussex.  October, 1797.

*Bayard's Notebook, 202.*

Upon motion to set aside the verdict made on behalf of the defendant, there was proof offered that the jury, after they had gone from the bar, had received evidence which the Court rejected.  To repel the proof, the plaintiff's counsel produced the affidavits of some of the jury, which, upon the objection of the counsel for the defendant, Court would not allow to be read. Cases cited by defendant's counsel were 1 Term 11, 2 Bl.R. 804. For the plaintiff, 2 Barnes 438, 2 Morg.Ess. 25, 46.